# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>Andrew Suarez<br>*Defendant* | MAGISTRATE JUDGE: Edward S. Kiel<br>CASE NO. 22-mj-10337<br>DATE OF PROCEEDINGS: October 7, 2022<br>**22-cr-6273**<br>DATE OF ARREST: 10/7/2022 |

**PROCEEDINGS:** Initial Appearance *on Superseding indictment*

- [ ] COMPLAINT
- [X] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [X] APPT. OF COUNSEL: [ ] AFPD  [X] CJA
- [X] WAIVER OF HRG: [X] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [X] FINANCIAL AFFIDAVIT EXECUTED
- [X] Defendant consent to proceed via teleconferencing
- [X] Brady order executed on the record
- [X] Defendant advised of charges and penalties

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [X] BAIL SET: $100,000
  - [X] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:_____

DATE: *Arraignment to be scheduled for October 19, 2022 at 3:00 p.m.*
DATE: *before Judge Shipp*
DATE:_____
DATE:_____
DATE:_____

**APPEARANCES:**

AUSA: Jamie Solano
DEFT. COUNSEL: John Holliday, *CJA appointed*
PO/PTS: Pretrial: Daniel Milne
INTERPRETER_____
Language:

TIME COMMENCED: 2:15 p.m.
TIME TERMINATED: 2:31 p.m.
CD NO: ECR, via Zoom

Shea Smith
DEPUTY CLERK