# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 22-673 (MAS) |
| v. | : Hon. Michael A. Shipp, U.S.D.J. |
| ANDREW SUAREZ | : |

## AMENDED JUDGMENT & ORDER OF RESTITUTION

**UPON CONSIDERATION** of the parties' sentencing submissions; the evidence presented in advance of and during the sentencing hearing on December 14, 2023; the parties' plea agreement, which stipulates that the "parties agree that it was reasonably foreseeable to Suarez that the loss involved in the conspiracy was not more than $525,125.49" and that "Suarez agrees to make full restitution in the amount to be determined by the Court;" and for good cause shown, on this 9th day of April, 2024, it is

**ORDERED** that the defendant shall make restitution in the amount of $263,132.96. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to the following victims in the following amounts:

| Name of Payee (Victim) | Restitution Amount | Address of Payee |
|---|---|---|
| R.T. | $4,952.00 | Provided to Clerk's Office |
| K.B. | $98,662.28 | Provided to Clerk's Office |
| The Government of St. Vincent and the | $44,951.16 | Provided to Clerk's Office |

| Grenadines | | |
|---|---|---|
| H.G. | $19,943.57 | Provided to Clerk's Office |
| L.C. | $94,623.95 | Provided to Clerk's Office |

**ORDERED** that the restitution is due immediately and that interest is waived.

**ORDERED** that it is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $100, to commence 30 days after release from confinement.

**ORDERED** that unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

**ORDERED** that Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

**ORDERED** that this Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment as if set out verbatim therein.

                                                               _/s/ M. Shipp_____
                                                               HONORABLE MICHAEL A. SHIPP
                                                               United States District Judge